UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLIN X ST JOHN SUMMERS,<br>Plaintiff(s),<br>v.<br>BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON, et al.,<br>Defendant(s). | CASE NO. C26-4332-KKE<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court denied in part Plaintiff's motion for temporary restraining order and preliminary injunction (Dkt. No. 2) in so far as it sought *ex parte* relief. Dkt. No. 5. The Court ordered service of and response to the motion in accordance with the applicable federal rules and local rules, including Local Rule 65, which sets out an expedited timeline for an adverse party to respond to an emergency motion once it has been served on the party. Dkt. No. 5; *see* Local Rules W.D. Wash. LCR 65(b)(5). Plaintiff subsequently submitted proof of service showing that Defendants Board of Regents of the University of Washington, Robert J. Jones, Timothy H. Dellit, and Victoria Fang (collectively, "UW Defendants") have been served. Dkt. No. 9.

The UW Defendants are directed to respond to Plaintiff's motion (Dkt. No. 2) no later than November 23, 2026.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of November 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk